In the Matter of COPAL MINTZ, Individually and on Behalf of All Other Tenants Who Desire to Join Herein of Premises 280 Riverside Drive, Borough of Manhattan, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued April 9, 1952; decided May 22, 1952.

*Copal Mintz,* appellant in person.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.